No. 11–10316.  BARLOW v. SCRIBNER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–10318.  SPENCER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–10321.  FUENTES MARTINEZ v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–10324.  BLACKMON v. HOREL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–10325.  ACASIO v. GUITTARD CHOCOLATE CO. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–10326.  BUILES v. COAKLEY, ATTORNEY GENERAL OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 11–10327.  BERRY v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 11–10329.  DANIEL v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 11–10332.  WHETSTONE v. ELLERS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 11–10333.  WOLTZ v. FEDERAL CORRECTIONAL INSTITUTION AT BECKLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–10334.  WILLIAMS v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 11–10343.  NELSON v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 11–10344.  PINA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–10347.  RUCKER v. CURLEY, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–10348.  SCHMOTZER v. TEXAS.  Ct. App. Tex., 10th Dist. Certiorari denied.